**JS–6**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN WHITAKER<br><br>         Plaintiff(s),<br><br>v.<br><br>NESPRESSO USA, INC. , et al.<br><br><br>         Defendant(s). | CASE NO:<br>2:19–cv–10122–FMO–JEM<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

   Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

   **IT IS SO ORDERED.**

DATED: May 13, 2020        /s/ *Fernando M. Olguin*
                                           Fernando M. Olguin
                                           United States District Judge