CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

KIMBERLY C. CARTER (SBN:221283)
kcarter@kelleydrye.com
TAHIR L. BOYKINS (SBN: 323411)
tboykins@kelleydrye.com
KELLEY DRYE & WARREN LLP
1800 Century Park E, Suite 600
Los Angeles, CA 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199

Attorneys for Defendant
Nespresso USA, Inc.,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>NESPRESSO USA, INC., a Delaware Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:19-CV-10122-FMO-JEM<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 29, 2020             CENTER FOR DISABILITY ACCESS

                                       By: /s/ Amanda Seabock
                                                 Amanda Seabock
                                                 Attorneys for Plaintiff

Dated: July 29, 2020             KELLEY DRYE & WARREN LLP

                                       By: __/s/ Tahir L. Boykins_____
                                                 Kimberly C. Carter
                                                 Tahir L. Boykins
                                                 Attorneys for Defendant
                                                 Nespresso USA, Inc.

2

Joint Stipulation for Dismissal With Prejudice   Case: 2:19-CV-10122-FMO-JEM
**Error! Unknown document property name.**

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Tahir L. Boykins, counsel for Nespresso USA, Inc., and that I have obtained Ms. Carter's authorization to affix her electronic signature to this document.

Dated: July 29, 2020                    CENTER FOR DISABILITY ACCESS

                                                              By: /s/ Amanda Seabock
                                                                 Amanda Seabock
                                                                 Attorneys for Plaintiff

3

Joint Stipulation for Dismissal With Prejudice    Case: 2:19-CV-10122-FMO-JEM
**Error! Unknown document property name.**